# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: PROMULGATION OF     :   No. 540
CONSUMER PRICE INDEX PURSUANT   :
TO 42 Pa.C.S. §§ 1725.1(f) and     :   Judicial Administration Docket
3571(c)(4)     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2020, **IT IS ORDERED** pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and Section 3502(a) of the Judicial Code, 42 Pa.C.S. § 3502(a), that the Court Administrator of Pennsylvania is authorized to obtain and publish in the *Pennsylvania Bulletin* the percentage increase in the Consumer Price Index for calendar year 2019 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4) (as amended).